# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **CASELL DAVIS,** | ) |
| Plaintiff, | ) |
| vs. | ) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) CASE NO. 2:21-cv-00551-SMV-KRS |
| Defendants. | ) |

## ORDER GRANTING PORTFOLIO RECOVERY ASSOCIATES, LLC's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

THIS MATTER comes before the Court on Portfolio Recovery Associates, LLC's Unopposed Motion for Extension of Time to Respond to Complaint, filed by Defendant Portfolio Recovery Associates, LLC (Doc. No. 9). The Court, having considered the Motion, finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that the deadline for Defendant Portfolio Recovery Associates, LLC to answer or otherwise respond to Plaintiff's Complaint is hereby extended until August 26, 2021.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**
**GORDON REES SCULLY MANSUKHANI**

By: _/s/ Jaime L. Wiesenfeld_
      Jaime L. Wiesenfeld
      New Mexico Bar No. 21825
      jwiesenfeld@grsm.com
      500 Marquette Avenue NW
      Suite 1200
      Albuquerque, NM 87102
      Direct: (505) 660-6820